413 P.2d 220

**Flavio ROMERO et al., Petitioners,**

**v.**

**Honorable Paul TACKETT, District Judge, Division V, Second Judicial District of the State of New Mexico, Respondent, City of Albuquerque, a Municipal Corporation, et al., Real Parties in Interest.**

**No. 8113.**

Supreme Court of New Mexico.

March 30, 1966.

CARMODY, Chief Justice, and NOBLE and MOISE, Justices, concurring; CHAVEZ and COMPTON, Justices, absent and not participating.

Ordered that said application for alternative writ of prohibition be and the same is hereby denied.

413 P.2d 220

**Elfido ARGUELLO, Petitioner,**

**v.**

**Harold A. COX, Warden of the New Mexico State Penitentiary, Respondent.**

**No. 437–H.C.**

Supreme Court of New Mexico.

April 21, 1966.

This cause having heretofore been argued, submitted and taken under advisement, and the Court being now sufficiently advised in the premises, announces its decision quashing the writ of habeas corpus heretofore issued herein, for the reasons given in the findings of fact of the Court on file.